# Richmond.

COMMONWEALTH v. LYMAN B. GOFF'S EXECUTOR.
COMMONWEALTH v. GEORGE HERBERT
PETTEE'S ADM'R.
·COMMONWEALTH v. GEORGE W. SCOTT'S EXECUTORS.
COMMONWEALTH v. EUNICE M. LUPTON'S EXECUTRIX.
COMMONWEALTH v. JAMES C. POTTER'S ADM'R.
COMMONWEALTH v. LYMAN B. TEFFT'S EXECUTRIX.

March 21, 1929.

*W. W. Martin, Henry R. Miller, Jr.,* and *C. H. Morrisett,* for the Commonwealth.

*Shewmake & Gary,* for the defendants in error.

CAMPBELL, J., delivered the opinion of the court.

The above named cases are here upon writs of error to judgments of the Circuit Court of the city of Richmond. · They were heard in this court with the case of *Commonwealth* v. *Arthur H. Fleet's Executor, ante,* page 394, 147 S. E. 468.

The question involved in each case is the constitutionality of section 44½ of the Tax Bill, and was decided in the circuit court in the same way. For

reasons stated in writing and filed with the record in *Commonwealth* v. *Fleet's Executor*, the judgment of the circuit court was affirmed. For like reasons, the judgment of the circuit court in each of the cases set forth will be affirmed.

*Affirmed.*